HESSIAN HILLS COUNTRY CLUB, INC., Plaintiff, and ABE FISCHER, Respondent, *v.* HARTFORD FIRE INSURANCE COMPANY et al., Appellants.

HESSIAN HILLS COUNTRY CLUB, INC., Plaintiff, and ABE FISCHER, Respondent, *v.* THE HOME INSURANCE COMPANY, Appellant.

(Submitted December 5, 1932; decided December 13, 1932.)

*Almond D. Fisk* for appellants.
*Alfred B. Nathan* for respondent.

Each appeal dismissed, with costs, on the ground the order appealed from is not a final order.

THE MAYAGUEZ DRUG COMPANY, INC., Appellant, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF NEW YORK, Respondent.

(Submitted December 12, 1932; decided December 13, 1932.)

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 356, 567.)